# United States District Court
# For The Western District of North Carolina
# Asheville Division

ROBERT KEITH ROSS,

    Petitioner,  JUDGMENT IN A CIVIL CASE

vs.  CIVIL CASE NO. 1:09cv365
[Criminal Case No. 1:07cr117]

UNITED STATES OF AMERICA,

    Respondent.

DECISION BY COURT. This action having come before the Court on the Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 9, 2010 Memorandum of Decision and Order.

    Signed: September 9, 2010

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court