# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| ROBERT KEITH ROSS, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:09-cv-00365-MR |
| | ) | 1:07cr117 |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA,, | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 18, 2013 Order.

January 18, 2013

Frank G. Johns, Clerk
United States District Court